IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>YURIY KONOVALENKO,<br><br>    Defendants. | 4:11CR3074<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney Michael J. Hansen to withdraw as counsel of record for defendant Yuriy Konovalenko, (filing no. 40), is granted.

2) The clerk shall delete Michael J. Hansen from any future ECF notifications herein.

May 23, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge