IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>YURIY KONOVALENKO,<br><br>                    Defendant. | **4:11CR3074**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      The motion of attorney Clarence E. Mock to withdraw as counsel of record for defendant Yuriy Konovalenko, (filing no. 69), is granted.

2)      The clerk shall delete Clarence E. Mock from any future ECF notifications herein.

August 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge